JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIQIANG WEI, | Case No. CV 18-0323 FMO (GJSx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| DIVISION OF PHYSICS MATHEMATICS AND ASTRONOMY AT CALTECH, | |
| Defendant. | |

On January 29, 2018, the court denied Plaintiff's request to proceed *in forma pauperis* and further ordered that: "Plaintiff SHALL file an amended complaint within 30 days or this case will be dismissed." [Dkt. 7, "Order."] Instead of filing an amended complaint, plaintiff submitted a letter to the Court on February 27, 2018. On March 6, 2018, the court rejected the letter and advised plaintiff that he cannot send letters to the Judge and must comply with the Court's January 29 Order and file an amended complaint. [Dkt. 8.] The court extended Plaintiff's deadline to file an amended complaint to March 20, 2018. [*Id.*]

On March 16, 2018 Plaintiff submitted a second letter to the Court, which was similarly rejected. [Dkt. 9] As of the filing date of this Order, plaintiff still has not filed an amended complaint. Accordingly, the Court ORDERS that this action be dismissed without prejudice for

failure to comply with the Order and for failure to prosecute.  See Fed. R. Civ. P. 41(b); <u>Link v. Wabash R.R. Co.</u>, 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

**This Order is not intended for publication.  Nor is it intended to be included in or submitted to any online service such as Westlaw or Lexis.**

Based on the foregoing, IT IS ORDERED THAT the above-captioned is dismissed without prejudice.

Dated this 28th day of March, 2018.

/s/
Fernando M. Olguin
United States District Judge